[No. 17165-1-II.     Division Two.     May 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EDRIAN
VALINE TARANTINO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 93-1-00085-2, Don L. McCulloch, J., entered May
18, 1993. *Reversed* and *remanded* by unpublished opinion per
Wiggins, J., concurred in by Seinfeld, C.J., and Morgan, J.